CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Art & Drama Therapy Institute, Inc. )
and )
Beyond Mask, Inc. )
)
                 Plaintiff )   Civil Action No._____
    vs )
)
The May Partnership, et al. )
)
)
               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  _The Art & Drama Therapy Institute, Inc. and Beyond Mask, Inc._  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  _The Art & Drama Therapy Institute, Inc. and Beyond Mask, Inc._  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature: Stephen A. Bogorad]_
Signature

375565
BAR IDENTIFICATION NO.

Stephen A. Bogorad
Print Name

Holland & Knight,. 2099 Pennsylvania, Ave. NW, Suite 100
Address

Washington, DC 20006
City    State    Zip Code

202-457-7170
Phone Number