AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Art & Drama Therapy Institute, Inc.
and
Beyond Mask, Inc.

**SUMMONS IN A CIVIL CASE**

V.

The May Partnership, et al.

CASE:
Case: 1:07-cv-01456
Assigned To : Friedman, Paul L.
Assign. Date : 8/13/2007
Description: General Civil

TO: (Name and address of Defendant)

Gregory Prichard   703 968-0691
15004 Jarski Court
Centerville, VA 21020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen A. Bogorad, Holland & Knight, LLP,
2099 Pennsylvania Ave., NW. Suite 100,
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___(20) Twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 13 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 16 August 2007  10:15 am |
| NAME OF SERVER (PRINT) Jeffrey Saunders | TITLE | Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 9418 Gunston Hall Cove Road, Lorton, VA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   22 August 2007      /s/ Jeffrey Saunders
              Date                 Signature of Server

3100 Martha Custis Drive, Alexandria, VA 22302
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.