AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Art & Drama Therapy Institute, Inc.
and
Beyond Mask, Inc.

**SUMMONS IN A CIVIL CASE**

V.

The May Partnership, et al.

CASE

Case: 1:07-cv-01456
Assigned To : Friedman, Paul L.
Assign. Date : 8/13/2007
Description: General Civil

TO: (Name and address of Defendant)

William O'Connell
4113 Lee Highway
Arlington, VA  22207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen A. Bogorad, Holland & Knight, LLP,
2099 Pennsylvania Ave., NW. Suite 100,
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___**(20) Twenty**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                          **AUG 13 2007**

CLERK                                                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  17 August 2007 at 10:00 am |
| NAME OF SERVER (PRINT)  Jeffrey Saunders | TITLE  Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: @ William O'Connell, 4113 Lee Highway, Arlington, VA 22207

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  22 August 2007
Date

Signature of Server

3100 Martha Custis Drive, Alexandria, VA 22302
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.