UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| The ART & DRAMA THERAPY INSTITUTE, INC et al.<br><br>      Plaintiffs.<br><br>v.<br><br>THE MAY PARTNERSHIP et al.<br><br>      Defendants. | Case 1:07cv-01456<br>Assigned to: Friedman, Paul L.<br>Assign Date 8/13/2007<br>Description: Civil General |

### ANSWER AND GROUNDS OF DEFENSE OF MICHAEL POLITS

COMES NOW, the defendant Michael Polits, by counsel and in response to the Complaint in this Action states as follows:

1. Defendant Michael Polits was a member of the May Partnership many years ago. The defendant ceased to be a member of the May Partnership in approximately 1990. Therefore, defendant denies the allegations in Paragraph Eight of the Complaint.

2. Defendant Michael Polits has had little or no contact with the May Partnership since he ceased to be a member.

3. Defendant is without sufficient information to admit or deny any of the other allegations in this Complaint except for Paragraph Eight which is specifically denied and demands strict proof thereof.

WHEREFORE, Defendant denies that there is any basis for the declaratory relief sought by the plaintiffs against him and prays that the Court dismiss the Complaint against him with prejudice.

        Michael Polits
        By Counsel


        _____/s/_____
        David Charles Masselli
        D.C. Bar No. 198276
        David Charles Masselli PC
        4113 Lee Highway
        Arlington, VA 22207-3156
        (703) 741-0402
        Fax: (703) 741-0979
        dm@mllaw.com


## CERTIFICATE OF SERVICE

I, David Charles Masselli, hereby certify that I caused the foregoing to be served by the Court's electronic case management system this 6th day of September 2007 and by U.S. Mail, first class and prepaid, upon counsel for the plaintiffs at the address set forth below:

        Steven A Bogorad
        HOLLAND AND KNIGHT
        2099 Pennsylvania Avenue, N.W.
        Washington DC 20006


        _____/s/_____
        David Charles Masselli