CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)
)          Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.


Attorney of Record

_____
Signature

_____          _____
BAR IDENTIFICATION NO.                        Print Name

                                              _____
                                              Address

                                              _____
                                              City          State          Zip Code

                                              _____
                                              Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Art and Drama Therapy Institute )
Inc, et al )
)
)
　　　　　　　　　　Plaintiff )   Civil Action No. __07cv01456-PLF__
　　　vs )
)
The May Partnership et al. )
)
)
　　　　　　　　　　Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Alexandria Metal Finishers, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Alexandria Metal Finishers, Inc.__ which have any outstanding securities in the hands of the public:

　NONE

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Signature

__198276__　　　　　　　　　　　　　　　　　　David Charles Masselli
BAR IDENTIFICATION NO.　　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　　　　　4113 Lee Highway
　　　　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　　　　Arlington　　　VA　　　22207
　　　　　　　　　　　　　　　　　　　　　　　　City　　　　　State　　Zip Code

　　　　　　　　　　　　　　　　　　　　　　　　(703) 741-0402
　　　　　　　　　　　　　　　　　　　　　　　　Phone Number