IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ART & DRAMA THERAPY INSTITUTE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE MAY PARTNERSHIP, *et al.*, <br><br> *Defendants*. | Civil Action No. 07-1456 (PLF) |

## NOTICE OF APPEARANCE

Please note the appearance of Richard W. Luchs, Esq., and the law firm of Greenstein DeLorme & Luchs, P.C. for Movant 336 Randolph LLC in the above referenced matter. In accordance with LCvR 83.6 of the United States District Court for the District of Columbia, I certify that I am a member of the bar of the District of Columbia (Bar No. 352492) and the bar of the United States District Court for the District of Columbia and am in good standing within the legal profession.

                                                 336 RANDOLPH LLC
                                                 By Counsel

                                                 /S/
Dated: September 28, 2007           Richard W. Luchs, #243931
                                                 William C. Casano, #352492
                                                 Joshua M. Greenberg, #489323
                                                 Greenstein DeLorme & Luchs, P.C.
                                                 1620 L Street, N.W., Suite 900
                                                 Washington, DC 20036-5605
                                                 Telephone: (202) 452-1400
                                                 E-mail: rwl@gdllaw.com
                                                 E-mail: wcc@gdllaw.com
                                                 E-mail: jmg@gdllaw.com
                                                 *Attorneys for Movant 336 Randolph LLC*

322600v1