IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ART & DRAMA THERAPY INSTITUTE, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE MAY PARTNERSHIP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 07-1456 (PLF) |

## NOTICE OF APPEARANCE

Please note the appearance of Joshua M. Greenberg, Esq., and the law firm of Greenstein DeLorme & Luchs, P.C. for Movant 336 Randolph LLC in the above referenced matter. In accordance with LCvR 83.6 of the United States District Court for the District of Columbia, I certify that I am a member of the bar of the District of Columbia (Bar No. 352492) and the bar of the United States District Court for the District of Columbia and am in good standing within the legal profession.

|  |  |
|---|---|
|  | 336 RANDOLPH LLC<br>By Counsel<br><br>           /S/<br>Joshua M. Greenberg, #489323 |
| Dated:  October 1, 2007 | William C. Casano, #352492<br>Richard W. Luchs, #243931<br>Greenstein DeLorme & Luchs, P.C.<br>1620 L Street, N.W., Suite 900<br>Washington, DC  20036-5605<br>Telephone:  (202) 452-1400<br>E-mail:  jmg@gdllaw.com<br>E-mail:  wcc@gdllaw.com<br>E-mail:  rwl@gdllaw.com<br>*Attorneys for Movant 336 Randolph LLC* |

322792v1