IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ART & DRAMA THERAPY INSTITUTE, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE MAY PARTNERSHIP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 07-1456 (PLF) |

## NOTICE OF WITHDRAWAL OF MOTION

Notice if hereby given that Movant, 336 Randolph LLC, by and through its undersigned counsel, hereby withdraws, without prejudice, the Motion Of 336 Randolph LLC To Intervene As A Defendant And Counterclaim-Plaintiff (Dkt. #25) filed on September 28, 2007.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: October 15, 2007

          /S/
Richard W. Luchs, #243931
William C. Casano, #352492
Joshua M. Greenberg, #489323
1620 L Street, N.W., Suite 900
Washington, DC  20036-5605
Telephone:  (202) 452-1400
E-mail:  rwl@gdllaw.com
E-mail:  wcc@gdllaw.com
E-mail:  jmg@gdllaw.com

*Attorneys for Movant 336 Randolph LLC*

323757v1