### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE ART & DRAMA THERAPY INSTITUTE, INC., et al.**     ) | |
| ) | |
| **Plaintiffs,**     ) | |
| ) | |
| **v.**     ) | **Case No. 1:07cv-01456** |
| ) | |
| **THE MAY PARTNERSHIP, et al.**     ) | **Assigned to:  Friedman, Paul L.** |
| ) | |
| **Defendants.**     ) | |

### JOINT REPORT OF THE PARTIES' PLANNING MEETING

1.    The following persons participated in a Rule 26(f) conference on October 10, 2007, in person:

        (a)    Stephen A. Bogorad and Stephanie L. Hogan for Plaintiffs' Art & Drama Therapy Institute ("ADTI") and Beyond Mask, Inc. ("BMI").

        (b)    David Masselli for Defendants The May Partnership, Walter Prichard, David Ehrenfried, Loreto Capoccia, Keith Prichard, Michael Polits, Gegory Prichard, William O'Connell, Alexandria Metal Finishers, Inc., and Timsco, Inc.

        (c)    William C. Casano for Rule 25 Movant 336 Randolph, LLC ("Randolph").

2.    <u>Initial Disclosures</u>.  The parties will complete by November 30, 2007, the initial disclosures required by Rule 26(a)(1).

3.    <u>Discovery Plan</u>.  The parties propose this discovery plan:

        (a)    Discovery will be needed on these subjects:

                (i)    Negotiations regarding the terms of the leases;

                (ii)    Communications between The May Partnership, including its general partners, and Plaintiffs regarding rent increases, the Plaintiffs' ability to renew their leases and remain in the premises, and other issues that are the subject of this dispute;

(iii)    Circumstances surrounding the renewal of the leases, including any communications between the parties concerning whether the May Partnership would waive its right to implement rent increases;

(iv)    Outstanding utilities payments alleged to be due;

(v)    Randolph's acquisition of the Property and communications between Randolph and The May Partnership concerning ADTI and BMI;

(vi)    The value of BMI's leasehold;

(vii)    Payments made by ADTI and BMI to the landlord(s) and utility companies; and

(viii)    The allegations made by the parties in their respective pleadings.

(b)    The period for discovery will commence on October 11, 2007.

(i)    The last day to propound written discovery is February 1, 2008.

(ii)    The last day to complete fact discovery is May 2, 2008.

(iii)    Expert witness reports must be exchanged by the following dates:

(A)    Proponent witness:  June 6, 2008; and

(B)    Rebuttal witness:  June 27, 2008.

(iv)    Expert depositions must be completed by July 31, 2008.

(c)    The parties do not wish to alter the federal rules governing interrogatories, requests for admissions, or depositions.

(d)    The parties do not believe a protective order is necessary.

4.    <u>Other Items</u>:

(a)    The Court has scheduled a Rule 16 initial conference before the issuance of a scheduling order to be held on October 23, 2007.

(b)    The parties request that a pretrial conference will be held on January 29, 2009.

(c)    Plaintiffs and Defendants must amend pleadings or join additional parties by January 11, 2008.

(d)    The parties do not believe the case should be assigned to a magistrate judge.

(e)     The parties do not believe the trial or discovery should be bifurcated or managed in phases.

(f)     The dates governing dispositive motions shall be as follows:

    (i)     The final date to file a dispositive motion shall be September 26, 2008.

    (ii)     Any opposition to a dispositive motion shall be due by October 17, 2008.

    (iii)     Any replies in support of a dispositive motion shall be due by October 29, 2008.

    (iv)     The parties propose that a decision on dispositive motions be made by November 28, 2008.

(g)     The parties believe there is a realistic possibility of settling the case.

(h)     The parties believe that a mediation scheduled in November or December 2007 would enhance settlement prospects.

(i)     The parties shall submit a pretrial statement by January 9, 2009, including witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists pursuant to Rule 26(a)(3).

(j)     Objections to proposed witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists pursuant to Rule 26(a)(3) shall be made by January 23, 2009.

(k)     The parties propose that a trial date be set at the final pretrial conference.  The parties estimate the length of the trial to be 2 to 3 days.

Dated: October 16, 2007

Respectfully submitted,

  /s/ Stephen A. Bogorad                                                             /s/ David Charles Masselli

| | |
|---|---|
| Stephen A. Bogorad | David Charles Masselli |
| DC Bar # 375565 | DC Bar # 22207-3156 |
| Stephanie L. Hogan | David Charles Masselli PC |
| DC Bar # 500729 | 4113 Lee Highway |
| HOLLAND & KNIGHT LLP | Arlington, VA  22207-3156 |
| 2099 Pennsylvania Avenue, N.W. | (703) 741-0402 – phone |
| Washington, D.C. 20006 | (703) 741-0979 – fax |
| (202) 955-3000 – phone | |
| (202) 955-5564 – fax | |

*Counsel for the Art & Drama Therapy Institute and Beyond Mask, Inc.*

*Counsel for The May Partnership, Walter Prichard, David Ehrenfried, Loreto Capoccia, Keith Prichard, Michael Polits, Gregory Prichard, William O'Connell, Alexandria Metal Finishers, Inc., and Timsco, Inc.*

  /s/ Richard W. Luchs       

Richard W. Luchs
DC Bar # 243932
William C. Casano
DC Bar # 352492
Joshua M. Greenberg
DC Bar # 489323
GREENSTEIN DELORME & LUCHS, PC
1620 L Street, N.W., Suite 900
Washington, DC 20036-5605
(202) 452-1400 – phone

*Counsel for Rule 25 Movant 336 Randolph LLC*

# 4842605_v2

4