UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ART & DRAMA THERAPY INSTITUTE, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1456 (PLF) |
| THE MAY PARTNERSHIP, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER OF REFERRAL

This matter came before the Court for a status conference on October 23, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning immediately; discussions shall conclude on or before December 14, 2007. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference. There will be a status conference before the undersigned on December 18, 2007 at 9:15 a.m. It is

FURTHER ORDERED that all discovery and briefing shall be stayed in this matter until further notice.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 24, 2007