**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ART & DRAMA THERAPY INSTITUTE, INC., et al. ) | Case No. 1:07cv-01456 (PLF) |
| ) | |
| Plaintiffs, ) | Assigned to:  Friedman, Paul L. |
| ) | |
| v. ) | |
| ) | |
| THE MAY PARTNERSHIP, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

Plaintiffs Art & Drama Therapy Institute, Inc. ("ADTI") and Beyond Mask, Inc. ("BMI")

and Defendants 336 Randolph LLC, the May Partnership, Walter Prichard, David Enrenfried,

Loreto Capoccia, Keith Prichard, Michael Polits, Gregory Prichard, William O'Connell, Joseph J.

Natoli, Alexandria Metal Finishers, Inc. and Timsco, Inc., by their undersigned counsel, pursuant

to Rule 41(a) and (c) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal

with prejudice of the Complaint and all counterclaims asserted in this case.

Dated:  January 30, 2008                    Respectfully submitted,


                                             /s/ Stephen A. Bogorad
                                            Stephen A. Bogorad
                                            DC Bar # 375565
                                            Stephanie L. Hogan
                                            DC Bar #500729
                                            HOLLAND & KNIGHT LLP
                                            2099 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20006
                                            (202) 955-3000 - phone
                                            (202) 955-5564 – fax

                                            Counsel for the Art & Drama Therapy
                                            Institute and Beyond Mask, Inc.

_/s/ William C. Casano_
William C. Casano
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, DC 20036

Counsel for Defendant 336 Randolph LLC


_/s/ David Charles Maselli_
David Charles Masselli
David Charles Masselli PC
4113 Lee Highway
Arlington, VA  22207-3156

Counsel for Defendants the May
Partnership, Walter Prichard, David
Enrenfried, Loreto Capoccia, Keith
Prichard, Michael Polits, Gregory Prichard,
William O'Connell, Joseph J. Natoli,
Alexandria Metal Finishers, Inc. and
Timsco, Inc.


# 5084960_v1